**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEBRASKA

Case number *(if known)* _____   Chapter   **12**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Kingdom Dairy, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-4870280** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **72081 Red Willow Dairy Trail** <br> **Mc Cook, NE 69001** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Red Willow** <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

| Debtor | **Kingdom Dairy, LLC** | Case number (*if known*) | |
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__1121__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

■ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
| District | | When | | Case number | |

| Debtor | **Kingdom Dairy, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency

Contact name

Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|

3/01/24 5:18PM

Debtor    **Kingdom Dairy, LLC**

Name

Case number (*if known*)

☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **Kingdom Dairy, LLC** | Case number (*if known*) | |
| --- | --- | --- | --- |
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  1, 2024**
                          MM / DD / YYYY

**X /s/ Ted A. Boersma**                          **Ted A. Boersma**
Signature of authorized representative of debtor          Printed name

Title    **Managing Member**

---

**18. Signature of attorney**

**X /s/ Nicholas R. Grillot**                          Date    **March  1, 2024**
Signature of attorney for debtor                                          MM / DD / YYYY

**Nicholas R. Grillot**
Printed name

**Hinkle Law Firm LLC**
Firm name

**1617 N. Waterfront Parkway, Suite 400**
**Wichita, KS 67206**
Number, Street, City, State & ZIP Code

Contact phone    **316-267-2000**          Email address    **ngrillot@hinklaw.com**

**22054 KS**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Kingdom Dairy, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  1, 2024**          X **/s/ Ted A. Boersma**
                                              Signature of individual signing on behalf of debtor

                                              **Ted A. Boersma**
                                              Printed name

                                              **Managing Member**
                                              Position or relationship to debtor

# United States Bankruptcy Court
## District of Nebraska

In re    **Kingdom Dairy, LLC**                                             Case No.
                                         Debtor(s)              Chapter    **12**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March  1, 2024**                      **/s/ Ted A. Boersma**
                                                 **Ted A. Boersma**/**Managing Member**
                                                 Signer/Title

ADM Milling Co
Attn: Legal
4666 Faries Pkwy
Decatur, IL 62525


Ag Processing Inc
P O Box 2047
Omaha, NE 68103


Ag Valley Coop
Box 68
Edison, NE 68936-0068


Agfinity
4065 St Cloud Dr Ste 100
Loveland, CO 80538


AgSource
2418 Crossroads Dr Ste 3400
Madison, WI 53718-2421


AHV
7940 Lander Ave Ste 3
Hilmar, CA 95324


Alta Genetics USA Inc
N8452 Airport Rd
Watertown, WI 53094-9520


Animal Health International Inc
2915 Rocky Mountain Ave Ste 400
Loveland, CO 80538


Bryan Hauxwell Farms
38900 Rd 719
Mc Cook, NE 69001


Capital One
Attn: Bankruptcy
P O Box 30285
Salt Lake City, UT 84130-0285

Capstone Commodities
a Division of The Andersons Inc
810 Hester's Crossing Ste 125
Round Rock, TX 78681


Cargill Incorporated
Law Department MS 24 Office Center
15407 McGinty Rd W
Wayzata, MN 55391-2399


Commodity Specialists Company
11880 College Blvd Ste 120
Overland Park, KS 66210


Countryside Feed LLC
101 Santa Fe
Hillsboro, KS 67063


CSC Gold Inc
11880 College Blvd Ste 120
Overland Park, KS 66210


CSC Gold Inc
Attn: Craig Bush
17220 Wright St Ste 200
Omaha, NE 68130


Dairy Specialists LLC-KS
3309 Empire St
Evans, CO 80620


Diamond Hay LLC
7505 T Rd
Ingalls, KS 67853


Discover Bank
P O Box 30939
Salt Lake City, UT 84130


Diversified Financial Services
14010 FNB Pkwy Ste 400
Omaha, NE 68154

Frenchman Valley Coop
202 Broadway
Imperial, NE 69033


Green Source Automation
3506 Moore Rd
Ceres, CA 95307


Green Source Automation LLC
3506 Moore Rd
Ceres, CA 95307


Greg Smith Hoof Trimming
47539 County Rd D
Yuma, CO 80759


Hansen-Mueller Co
13321 California St Ste 100
Omaha, NE 68154


Internal Revenue Service
Centralized Insolvency
P O Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Mail Stop 5334 Advisory/Insolv
2850 NE Independence Ave
Lees Summit, MO 64064


J D Heiskell   Co
Attn: Tab Berger Legal Counsel
17220 Wright St Ste 200
Omaha, NE 68130


J D Heiskell   Co
Southwest Admin
1616 S Kentucky St Ste C400
Amarillo, TX 79102


Jake's Mechanical Service LLC
P O box 421
Syracuse, KS 67878

John Deere Financial
P O Box 650215
Dallas, TX 75265-0215

Maris General Construction LLC
109 South Street
Mc Cook, NE 69001

Miguel Dairy Service Inc
P O Box 991
Hereford, TX 79045

Murphy Tractor   Equipment Co Inc
P O Box 1013
North Platte, NE 69103

MWI Animal Health
26500 Cord 388
Kersey, CO 80644

Nebraska Dept of Revenue
Attn Bankruptcy Unit
P O Box 94818
Lincoln, NE 68509-4818

Nebraska State Farm Service Agency
State Executive Director
7131 A Street
Lincoln, NE 68510

NMC CAT
3501 Jeffers St
North Platte, NE 69101

Northland Capital
333 33rd Ave S
Saint Cloud, MN 56301

Nutrien Ag Solutions Inc
3005 Rocky Mountain Ave
Loveland, CO 80538

Poet Nutrition LLC
4506 N Lewis Ave
Sioux Falls, SD 57104

Rabo AgriFinance LLC
14767 N Outer 40 Rd Ste 400
Chesterfield, MO 63017


Rams Horn Dairy Cows
P O Box 608
Mc Cook, NE 69001


Rams Horn Dairy LLC
P O Box 608
Mc Cook, NE 69001


Red Willow County Treasurer
502 Norris Ave
P O Box 490
Mc Cook, NE 69001


Russell Baker
Tucker Albin  Associates Inc
1702 N Collins Blvd Ste 100
Richardson, TX 75080


Scott Rice
P O Box 66
Wilsonville, NE 69046


Specialty Sales LLC
7621 N Del Mar Ave #101
Fresno, CA 93711


SR Farms Alfalfa Co
P O Box 66
Wilsonville, NE 69046


The Andersons Inc
Attn: Travis Holbert Corp Counsel
10975 Benson Dr Ste 400
Overland Park, KS 66210


The Redwood Group LLC
5920 Nall Ave Ste 400
Mission, KS 66202

The Scoular Company
P O Box 25984
Overland Park, KS 66225


US Attorneys Office
1620 Dodge St Ste 1400
Omaha, NE 68102-1506


US Dept of Agriculture Rural Dev
308 Federal Bldg
100 Centennial Mall North
Lincoln, NE 68508-3859


Volz Inc
P O Box 185
Mc Cook, NE 69001


Westway Feed Products
365 Cana Street Ste 2929
Hopkins, MN 55343

# United States Bankruptcy Court
### District of Nebraska

In re   **Kingdom Dairy, LLC**

Debtor(s)

Case No.

Chapter   **12**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Kingdom Dairy, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Ted and Nancy Boersma Trust**

☐ None [*Check if applicable*]

**March  1, 2024**

Date

**/s/ Nicholas R. Grillot**

**Nicholas R. Grillot**

Signature of Attorney or Litigant
Counsel for   **Kingdom Dairy, LLC**

**Hinkle Law Firm LLC**

**1617 N. Waterfront Parkway, Suite 400**
**Wichita, KS 67206**
**316-267-2000 Fax:316-264-1518**
**ngrillot@hinklaw.com**